# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER 08 MJ 1728 LSP |
| vs | ) | ABSTRACT OF ORDER |
| MEHROB DOWLATSHAHIE | ) | Booking No. 08682298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ___6/13/08___ the Court entered the following order:

✓     Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓     Defendant released on $ 25,000 bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _Elizabeth Lee_
Deputy Clerk

Received _____
      DUSM

Crim-9   (Rev 6-95)

B. LLOYD

★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY