# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 08 MJ 1728 |
| ) | AMENDED |
| vs ) | ABSTRACT OF ORDER |
| ) | |
| MEHROB DOWLATSHAHIE ) | Booking No. _____ |
| ) | |
| ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __6/13/08__

the Court entered the following order:

____✓____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____✓____ Defendant released on $__25,000__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for ~~electronic monitoring.~~

_____ Other. _____

RECEIVED 2008 JUN 13 PM 3:30 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

OR

Received _____
DUSM

W. SAMUEL HAMRICK, JR. / Clerk
by _Elizbeth Lee_
Deputy Clerk

B. LLOYD

Crim-9   (Rev 6-95)                                                                 ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY