UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Mehrob Dowlatshahie )<br>)<br>Defendant(s) )<br>_____ ) | 08CR1899-BTM<br>CRIMINAL NO. 08mj1728<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08682298 |

Leo S. Papas

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / (Case Disposed) / Order of Court).

Felicitas Varcenas-Ocampo
(Arr. 4/4/08)

DATED:  6/12/08

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
   Deputy Clerk