# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08CR1899-BTM / 08mj1728 |
| vs. | ) | ORDER |
| Mehrob Dowlatshahie | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. 08682248 |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Remigio Santoyo-Calderon
(air: 6/11/08)

DATED: 6/12/08

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk
Roi-Ann Brissi