UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Mehrob Dowlatshahie ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08CR1899-BTM <br> 08mj1726 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 08682298 |

Leo S. Papas

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Leobardo Osuna - Bernal
( 4/11/08 - Air )

DATED: 6-12-08

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk
Roi-Ann Bressi

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062